```
1  MITCHELL D. GLINER, ESQ.
   Nevada Bar #003419
2  3017 West Charleston Blvd., #95
   Las Vegas, NV  89102
3  (702) 870-8700
   (702) 870-0034 Fax
4  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SCHNEIDER, | ) |
| Plaintiff, | ) |
| | ) No. 2:10-cv-01586-KJD-LRL |
| vs. | ) |
| | ) |
| ENTERPRISE RECOVERY SYSTEMS, | ) |
| INC., a foreign corporation, | ) |
| Defendant. | ) |

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**
**[SUBMITTED IN COMPLIANCE WITH LR 26-1(e)]**

The parties herein, through their respective counsel, hereby stipulate to the following Discovery Plan and Scheduling Order pursuant to Local Rule 26-1.

1. Discovery in this action shall be completed on or before: May 30, 2011.

2. Amendments to pleadings and addition of parties: required on or before: February 28, 2011.

3. Federal Rule of Civil Procedure 26(a)(2) Disclosures (Experts): required on or before: March 31, 2011.

4. Interim status report compliant with LR 26-3: required on or before: March 31, 2011.

5. Disclosure respecting rebuttal experts: required on or before: April 29, 2011.

1            6.   Dispositive Motions:  required on or before:
2  June 30, 2011.
3            7.   Pretrial Order:  required on or before: July 29,
4  2011, or 30 days after decision deciding dispositive motion.
5  DATED:  December 9, 2010.

7  MITCHELL D. GLINER, ESQ.                JOLLEY URGA WIRTH WOODBURY
                                           & STANDISH

9  _____          __/s/ David J. Malley___
   MITCHELL D. GLINER, ESQ.                WILLIAM R. URGA, ESQ.
   Nevada Bar No. 003419                   Nevada Bar No. 1195
10 3017 W. Charleston Blvd. # 95           DAVID J. MALLEY, ESQ.
   Las Vegas, Nevada  89102                Nevada Bar No. 008171
11 Attorney for Plaintiff                  3800 Howard Hughes Parkway
                                           Las Vegas, Nevada 89169
12                                         Attorneys for Defeneants

                    IT IS SO ORDERED:

                    _____
                    UNITED STATES MAGISTRATE JUDGE

                           DATED:  12-16-10
                    _____

2